1  **S. BRETT SUTTON 143107**
   **JARED HAGUE 251517**
2  **JOSEPH V. MACIAS 273168**
   **SUTTON HAGUE LAW CORPORATION, P.C.**
3  6715 N. Palm Avenue, Suite 216
   Fresno, California 93704
4  Telephone: (559) 325-0500

5  Attorneys for **PLAINTIFF**
6

7  **J. KEVIN LILLY, Bar No. 119981**
   **SHANNON R. BOYCE, Bar No. 229041**
8  **RACHAEL LAVI, Bar No. 294443**
   **LITTLER MENDELSON, P.C.**
9  2049 Century Park East, Fifth Floor
   Los Angeles, CA 90067
10 Telephone: (310) 553-0308
11

12 Attorneys for **DEFENDANT**

13

14                    **UNITED STATES DISTRICT COURT**

15                    **NORTHERN DISTRICT OF CALIFORNIA**

16                                  * * *

17 | PATRICIA BLUE, an individual, | Case No. 3:15-cv-04786-WHA |

18 | Plaintiff, | Judge: Hon. William H. Alsup |

19 | vs. | **CLASS ACTION** |

20 | BROOKDALE SENIOR LIVING COMMUNITIES, INC., a Delaware Corporation; and Does 1 through 50, inclusive, | **JOINT STIPULATION REGARDING PLAINTIFF'S FILING OF SECOND AMENDED COMPLAINT AND DEFENDANT'S ANSWER TO SECOND AMENDED COMPLAINT AND [PROPOSED] ORDER** |

23 | Defendant. | |

25 | | Action Filed:   July 24, 2015 |
26 | | Trial Date:     April 10, 2017 |

27

28

1

Sutton Hague Law Corporation
6715 N. Palm Avenue
Suite 216
Fresno, CA 93704

JOINT STIPULATION RE PLAINTIFF'S SECOND AMENDED COMPLAINT AND
DEFENDANT'S ANSWER TO SECOND AMENDED COMPLAINT AND [PROPOSED] ORDER

Plaintiff PATRICIA BLUE ("Plaintiff"), by and through her counsel of record, and Defendant BROOKDALE SENIOR LIVING COMMUNITIES, INC. ("Defendant"), by and through its counsel of record, hereby stipulate and agree as follows:

### RECITALS AND JOINT STIPULATION

WHEREAS, Plaintiff desires to file a Second Amended Complaint and has provided Defendant with a copy of the proposed Second Amended Complaint;

WHEREAS, counsel for Plaintiff and Defendant have conferred in good faith;

NOW THEREFORE, IT IS HEREBY STIPULATED AS FOLLOWS:

1. Plaintiff may have leave to file a Second Amended Complaint, a true and correct copy of which is attached hereto as Exhibit "A".

2. Plaintiff's Second Amended Complaint will be deemed filed and served as of the date of the Court's Order approving this Stipulation.

3. Defendant's Answer to Plaintiff's First Amended Complaint (Dkt. #1-4) will be deemed Defendant's Answer to the Second Amended Complaint.

DATED: February 2, 2016

    /s/ S. Brett Sutton
S. BRETT SUTTON
Attorneys for Plaintiff
PATRICIA BLUE

DATED: February 2, 2016

    /s/ Shannon R. Boyce
SHANNON R. BOYCE
Attorneys for Defendant
BROOKDALE SENIOR LIVING COMMUNITIES, INC.

Sutton Hague
Law Corporation
6715 N. PALM AVENUE
SUITE 216
FRESNO, CA  93704

2

JOINT STIPULATION RE PLAINTIFF'S SECOND AMENDED COMPLAINT AND
DEFENDANT'S ANSWER TO SECOND AMENDED COMPLAINT AND [PROPOSED] ORDER

**[PROPOSED] ORDER**

Based on the above Stipulation of the parties and good cause appearing therefor, IT IS HEREBY ORDERED THAT:

1. Plaintiff is granted leave to file her Second Amended Complaint, a true and correct copy of which is attached hereto as Exhibit "A".

2. Plaintiff's Second Amended Complaint is deemed filed and served upon entry of this Order.

3. Defendant's Answer to Plaintiff's First Amended Complaint (Dkt. #1-4) is deemed Defendant's Answer to Plaintiff's Second Amended Complaint, and is deemed filed and served upon entry of this Order.

IT IS SO ORDERED.

DATED: February 8, 2016.

_____
UNITED STATES DISTRICT JUDGE

Sutton Hague
Law Corporation
6715 N. PALM AVENUE
SUITE 216
FRESNO, CA 93704

3

JOINT STIPULATION RE PLAINTIFF'S SECOND AMENDED COMPLAINT AND
DEFENDANT'S ANSWER TO SECOND AMENDED COMPLAINT AND [PROPOSED] ORDER