IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA BLUE,<br><br>    Plaintiff,<br><br>v.<br><br>BROOKDALE SENIOR LIVING COMMUNITIES, INC., a Delaware Corporation; BKD TWENTY-ONE MANAGEMENT COMPANY, INC., a Delaware Corporation; and Does 1 through 50, inclusive,<br><br>    Defendants. | No. C 15-04786 WHA<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE RE RECENTLY FILED STIPULATION** |

    In this putative class action, the parties have filed a stipulation to dismiss the case with prejudice against the individual plaintiff and without prejudice as to the putative class. This case has not been certified as a class action. For now, the parties' stipulation shall be **HELD IN ABEYANCE**. The parties must attend a case management conference at **ELEVEN A.M. ON APRIL 21, 2016.** At that hearing, the parties shall be prepared to discuss the details of their settlement and the extent to which the case being a putative class action played any role in the settlement discussions.

    **IT IS SO ORDERED.**

Dated: April 1, 2016.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE