| | |
|---|---|
| 1 | J. KEVIN LILLY, Bar No. 119981<br>klilly@littler.com |
| 2 | SHANNON R. BOYCE, Bar No. 229041<br>sboyce@littler.com |
| 3 | RACHAEL LAVI, Bar No. 294443<br>rlavi@littler.com |
| 4 | LITTLER MENDELSON, P.C.<br>2049 Century Park East, 5th Floor |
| 5 | Los Angeles, California 90067.3107<br>Telephone: 310.553.0308 |
| 6 | Facsimile: 310.553.5583 |
| 7 | Attorneys for Defendant<br>BROOKDALE SENIOR LIVING |
| 8 | COMMUNITIES, INC. and BKD<br>TWENTY-ONE MANAGEMENT |
| 9 | COMPANY, INC. |
| 10 | S. BRETT SUTTON 143107<br>JARED HAGUE 251517 JOSEPH V. |
| 11 | MACIAS 273168<br>SUTTON HAGUE LAW CORPORATION |
| 12 | 6715 N. Palm Avenue, Suite 216<br>Fresno, California 93704 |
| 13 | Telephone: (559) 325-0500<br>Fax: (559) 981-1217 |
| 14 | Attorneys for Plaintiff: Patricia Blue |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA BLUE, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>BROOKDALE SENIOR LIVING COMMUNITIES, INC., a Delaware Corporation; BKD TWENTY-ONE MANAGEMENT COMPANY, INC., a Delaware Corporation; and Does 1 through 50, inclusive,<br><br>    Defendant. | Case No. 3:15-cv-04786-WHA<br><br>**STIPULATION VOLUNTARILY DISMISSING ENTIRE ACTION**<br><br>**[Fed. R. CIV. P. 41(a)(1)(A)(ii)]** |

TO THE COURT, ALL PARTIES, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

IT IS HEREBY STIPULATED by and between Plaintiff PATRICIA BLUE ("Plaintiff") and Defendants BROOKDALE SENIOR LIVING COMMUNITIES, INC., and BKD TWENTY-ONE MANAGEMENT COMPANY, INC. (collectively, "Defendants"), through their respective counsel of record, that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned action shall be voluntarily dismissed as follows:

1. Plaintiff's individual claims against Defendants are dismissed with prejudice.
2. The class and representative claims against Defendants are dismissed without prejudice.
3. Each party shall bear its own respective costs of suit and attorneys' fees.

Dated: March 30, 2016

*/s/ Brett Sutton*
BRETT SUTTON
Sutton Hague Law Corporation.
Attorneys for Plaintiff
PATRICIA BLUE

Dated: March 30, 2016

*/s/ J. Kevin Lilly*
J. KEVIN LILLY
SHANNON R. BOYCE
LITTLER MENDELSON, P.C.
Attorneys for Defendants
BROOKDALE SENIOR LIVING COMMUNITIES, INC., and BKD TWENTY-ONE MANAGEMENT COMPANY, INC.

\* Pursuant to Local Rule 5-1(i), the filing party has obtained the authorization and approval of all signatories listed to file the instant stipulation.

Firmwide:138804754.2 051918.1133

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

| | |
|---|---|
| 1 | J. KEVIN LILLY, Bar No. 119981 |
|   | klilly@littler.com |
| 2 | SHANNON R. BOYCE, Bar No. 229041 |
|   | sboyce@littler.com |
| 3 | RACHAEL LAVI, Bar No. 294443 |
|   | rlavi@littler.com |
| 4 | LITTLER MENDELSON, P.C. |
|   | 2049 Century Park East, 5th Floor |
| 5 | Los Angeles, California  90067.3107 |
|   | Telephone:  310.553.0308 |
| 6 | Facsimile:   310.553.5583 |
| 7 | Attorneys for Defendants |
|   | BROOKDALE SENIOR LIVING |
| 8 | COMMUNITIES, INC. and BKD |
|   | TWENTY-ONE MANAGEMENT |
| 9 | COMPANY, INC. |

S. BRETT SUTTON 143107
JARED HAGUE 251517 JOSEPH V. MACIAS 273168
SUTTON HAGUE LAW CORPORATION
6715 N. Palm Avenue, Suite 216
Fresno, California 93704
Telephone: (559) 325-0500
Fax: (559) 981-1217

Attorneys for Plaintiff
PATRICIA BLUE

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA BLUE, an individual, | Case No.  3:15-cv-04786-WHA |
| Plaintiff, | [~~PROPOSED~~] **ORDER GRANTING STIPULATION VOLUNTARILY DISMISSING ENTIRE ACTION** |
| v. | |
| BROOKDALE SENIOR LIVING COMMUNITIES, INC., a Delaware Corporation; BKD TWENTY-ONE MANAGEMENT COMPANY, INC., a Delaware Corporation; and Does 1 through 50, inclusive, | |
| Defendant. | |

Having reviewed the Stipulation to Dismiss filed by Plaintiff PATRICIA BLUE and Defendants BROOKDALE SENIOR LIVING COMMUNITIES, INC., and BKD TWENTY-ONE MANAGEMENT COMPANY, INC, IT IS HEREBY ORDERED that the above-captioned action on file with the above-entitled Court in Case No. 3:15-cv-04786-WHA is hereby dismissed as follows:

1. Plaintiff's individual claims against Defendants are dismissed with prejudice.
2. The class and representative claims against Defendants are dismissed without prejudice.
3. Each party shall bear its own respective costs of suit and attorneys' fees.

Dated:   April 21,   2016

_____
HON. WILLIAM H. ALSUP
UNITED STATES DISTRICT COURT JUDGE

Firmwide:138804736.1 051918.1133

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
310.553.0308

2